John PIERRE-LOUIS, Plaintiff
Below–Appellant,

v.

BANK OF AMERICA, N.A., Ann L. Balthis, Bassam M. Awadalla, Theresa Andrews, John D. Davis, and Andrew T. Johnstone, Defendants Below–Appellees.

No. 645, 2014

Supreme Court of Delaware.

Submitted: September 18, 2015
Decided: November 19, 2015

Court Below—Superior Court of the State of Delaware, in and for New Castle County, C.A. NO. N13C–08–303

AFFIRMED.

Kevin HORN, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 248, 2015

Supreme Court of Delaware.

Submitted: November 16, 2015
Decided: November 19, 2015

Court Below—Superior Court v. of the State of Delaware, in and for New Castle County, Cr. ID No. 1107005816

DISMISSED.

Robert D. LAWSON, Jr., Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 604, 2014

Supreme Court of Delaware.

Submitted: November 18, 2015
Decided: November 19, 2015

Court Below—Superior Court of the State of Delaware, in and for Sussex County, Cr. ID No. 1403008641

AFFIRMED.

Kevin L. PRIEST, Defendant
Below–Appellant,

v.

STATE of Delaware, Plaintiff
Below–Appellee.

No. 475, 2015

Supreme Court of Delaware.

Submitted: September 21, 2015
Decided: November 20, 2015

Court Below—Superior Court of the State of Delaware, in and for New Castle County, Cr. ID Nos. 1204019391, 1205020519

AFFIRMED.